# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ivan Harvey,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                  3:09cv439

Mr. Neely, Mr. Dalrymple,
Sgt. Mullis, Mr. Bullock,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2009 Order.

                                                     Signed: October 13, 2009

Frank G. Johns, Clerk
United States District Court